Elayna J. Youchah
Nevada State Bar No. 5837
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: Elayna.youchah@jacksonlewis.com
Email: Phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*Dignity Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANISHA R. MANUEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a foreign corporation, Does I-X and Roes I-X<br><br>Defendant. | Case No. 2:18-cv-01959-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Dignity Health ("Defendant") shall have up to and including Friday, October 26, 2018, in which to answer Plaintiff Tanisha Manuel's ("Plaintiff") Complaint. This stipulation is submitted and based upon the following:

1. That this is the first request for an extension of time for Defendant to answer Plaintiff's Complaint.

2. That such an extension is necessary because defense counsel requires additional time to investigate facts that will allow for an informed response to the pending Complaint.

3. That this request is made in good faith and not for the purpose of delay.

Dated this 18th day of October, 2018.

| NELSON LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Sharon L. Nelson* | */s/ Phillip C. Thompson* |
| Sharon L. Nelson, Bar No. 6433<br>5940 S. Rainbow Blvd.<br>Las Vegas, Nevada 89118 | Elayna J. Youchah, Bar No. 5837<br>Phillip C. Thompson, Bar No. 12114<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Tanisha Manuel* | *Attorneys for Defendant*<br>*Dignity Health* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to answer Plaintiff's Complaint is extended to and including Friday, October 26, 2018.

Dated this 19th day of October, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

Respectfully submitted by:

JACKSON LEWIS P.C.

*/s/ Phillip C. Thompson*
Elayna J. Youchah, Bar No. 5837
Phillip C. Thompson, Bar No. 12114
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*