Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: Elayna.youchah@jacksonlewis.com
Email: Phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Dignity Health*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANISHA R. MANUEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a foreign corporation, Does I-X and Roes I-X<br><br>Defendant. | Case No. 2:18-cv-01959-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL** |

Plaintiff Tanisha R. Manuel ("Plaintiff") and Defendant Dignity Health ("Defendant"), by and through their respective counsel, respectfully request that the Court extend the deadline for the parties to file a stipulation of dismissal (EFC No. 18) by two weeks, until May 2, 2019. In support of this request, the parties state as follows:

1. The parties reached a resolution of this matter at the Early Neutral Evaluation session on March 14, 2019.

2. On March 18, 2019, Defendant sent a proposed settlement agreement and release reflecting the resolution requesting IRS W-9 forms from Plaintiff as required by the agreement.

3. On March 19, 2019, Plaintiff responded with proposed changes to the agreement, but did not provide the required W-9 forms.

4. Plaintiff's counsel became sick and was out of the office for several days during which time Defense Counsel attempted to reach Plaintiff's counsel via email and telephone on several occasions, finally providing discussion points in writing to Plaintiff's counsel and again

requesting a response.

5. When Plaintiff's counsel returned to the office, a call was scheduled on March 27, 2019, at which time the parties discussed the agreement. Following the call, Defense Counsel sent a revised agreement to Plaintiff's counsel pursuant to the parties' discussion.

6. On April 5, 2019, Plaintiff's counsel provided a copy of the signature page of the settlement agreement signed by Plaintiff. However, Defendant's Counsel believed the signature page did not match the signature page of the revised version of the agreement.

7. On April 10, 2019, Plaintiff's counsel provided the W-9 forms.

8. On April 15, 2019, Plaintiff's counsel explained that the content of the agreement signed by Plaintiff was identical to the version sent by Defendant, but that a formatting issue caused a difference in page length.

Because Defendant did not receive W-9 forms until April 10, 2019, and the parties did not resolve the discrepancy in the signature pages until April 15, 2019, settlement could not be completed by April 18, 2019. Accordingly, the parties respectfully request that the Court extend the deadline for the parties to file a stipulation of dismissal by two weeks, until May 2, 2019.

Dated this 18th day of April, 2019.

| NELSON LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Sharon L. Nelson* <br> Sharon L. Nelson, Bar No. 6433 <br> 5940 S. Rainbow Blvd. <br> Las Vegas, Nevada 89118 <br><br> *Attorneys for Plaintiff* <br> *Tanisha Manuel* | */s/ Phillip C. Thompson* <br> Phjllip C. Thompson, <br> Bar No. 12114 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant* <br> *Dignity Health* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to file a stipulation of dismissal is extended to and including Thursday, May 2, 2019.

Dated this 18th day of April, 2019.

_____
~~District~~/U.S. Magistrate Judge